**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

U.S. COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

v.                                       Case No.  6:12-cv-1095-Orl-31TBS

ALTAMONT GLOBAL PARTNERS LLC,
JOHN G. WILKINS, PHILIP LEON and
PAUL RANGEL,

    Defendants.
_____

## **ORDER**

    Pending before the Court is Plaintiff's Motion for Clerk's Entry of Default Against Defendants Altamont Global Partners LLC and John G. Wilkins. (Doc. 32).  The motion is made pursuant to Federal Rule of Civil Procedure Rule 55(a) based upon defendants, Altamont Global Partners LLC and John G. Wilkins' failure to plead or otherwise defend against this action.  Plaintiff instituted this action against Defendants on July 16, 2012.  According to the returns of service, both Altamont Global Partners LLC and John G. Wilkins were served with a copy of the summons and complaint on July 17, 2012 which would make their responses due on or before August 7, 2012. (Docs. 9, 10).  To date, defendants, Altamont Global Partners LLC and John G. Wilkins have not served a pleading or otherwise defended this action.  (See Doc. 32-1, Declaration of Stephen B. Turley at ¶ 13).

    Accordingly, and upon due consideration, Plaintiff's Motion for Clerk's Entry of Default Against Defendants Altamont Global Partners LLC and John G. Wilkins. (Doc.

32) is due to be **GRANTED**. The Clerk is directed to enter a default, but not default judgment, against defendants, Altamont Global Partners LLC and John G. Wilkins for failing to serve an answer or otherwise respond as required by law.[1]

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Orlando, Florida, on August 23, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel

---

[1] Fed. R. Civ. P. 12(a) and 55(a).