# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**U.S. COMMODITY FUTURES TRADING COMMISSION,**
        **Plaintiff,**

**v.**   Case No:   6:12-cv-1095-Orl-31TBS

**ALTAMONT GLOBAL PARTNERS, LLC, JOHN G. WILKINS, PHILIP LEON and PAUL RANGEL,**

        **Defendants.**

## ORDER

This cause comes before the Court on the Motion for Entry of Default Final Judgment, Permanent Injunction, Civil Monetary Penalty, and Ancillary Equitable Relief Against Defendants Altamont Global Partners, LLC and John G. Wilkins (Doc. No. 94), filed January 6, 2014.

On January 31, 2014, the United States Magistrate Judge issued a report (Doc. No. 96) recommending that the motion be granted. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1.   The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.   The Motion for Default Judgment is **GRANTED**.

3.   A permanent injunction will be entered separately against Defendants Altamont Global Partners, LLC and John G. Wilkins, following which the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 19, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party