# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**U.S. COMMODITY FUTURES TRADING COMMISSION,**

        **Plaintiff,**

v.	Case No:   6:12-cv-1095-Orl-31TBS

**ALTAMONT GLOBAL PARTNERS, LLC, JOHN G. WILKINS, PHILIP LEON and PAUL RANGEL,**

        **Defendants.**

## FINAL JUDGMENT

This Cause came before the Court on the Receiver's Motion For Entry of Judgment filed on May 7, 2015. (Doc. 151).

THEREON it is ORDERED AND ADJUDGED that Final Judgment is granted in favor of the Receiver, MARK V. SILVERIO and against MERVILLE P. CHUNG in the principal amount of $12,759.67, plus pre-judgment interest in the amount of $2,768.04 through May 1, 2015, plus attorney's fees and costs in the amount of $2,408.63 for a total of $17,936.34, that shall bear interest at the lawful rate from the date of this judgment, for all of which sum let execution issue forthwith.

IT IS FURTHER ORDERED AND ADJUDGED that this Court shall retain jurisdiction to enforce this Final Judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 28, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party