# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**U.S. COMMODITY FUTURES TRADING COMMISSION,**

      **Plaintiff,**

**v.**   Case No:   6:12-cv-1095-Orl-31TBS

**ALTAMONT GLOBAL PARTNERS, LLC, JOHN G. WILKINS, PHILIP LEON and PAUL RANGEL,**

      **Defendants.**

## FINAL JUDGMENT

This Cause came before the Court on the Receiver's Motion For Order To Show Cause To Anita Davis To Tum Over Receivership Assets filed on December 8, 2014 (Doc. 133). The Court having entered a show cause order on December 8, 2014, requiring Anita Davis to show cause why she should not be required to turn over funds in the amount of $25,759.16 (Doc. 134), has reviewed the response filed by Anita Davis (Doc. 145) and the Receiver's Reply thereto (Doc. 147) and finds as follows:

    1.  By this Court's Orders of Appointment, the Receiver is vested with the authority to recover receivership assets from third persons, not parties to this action.

    2.  Anita Davis was an investor in the above referenced matter. Over time, investor, Anita Davis received funds in excess of her investment in the defendant corporation.

    3.  After an accounting of all funds received and/or paid by the Defendants, it has been determined that investor Anita Davis has received funds that belong to other investors and as such, is receivership property.

4. This Court has the power and jurisdiction to order the non-party Anita Davis to disgorge these funds to the Receiver or to show cause why she should not be ordered to do so, pursuant to the attached orders.

5. Ms. Davis' response provides no valid defense or basis to which the Court could deny the Receiver's Motion as such the motion is granted.

It is ORDERED AND ADJUDGED that Final Judgment is granted in favor of the Receiver, MARK V. SILVERIO and against ANITA DAVIS in the principal amount of $25,759.16, plus pre-judgment interest in the amount of $3,744.43 through May 1, 2015, plus attorney's fees and costs in the amount of $2,363.63 for a total of $31,867.22 that shall bear interest at the lawful rate from the date of this judgment, for all of which sum let execution issue forthwith.

IT IS FURTHER ORDERED AND ADJUDGED that this Court shall retain jurisdiction to enforce this Final Judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 28, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party