UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

U.S. COMMODITY FUTURES
TRADING COMMISSION,

        Plaintiff,

CASE NO. 6:12-cv-1095-31TBS

-vs-

ALTAMONT GLOBAL PARTNERS, LLC,
JOHN G. WILKINS, PHILIP LEON and
PAUL RANGEL,

        Defendants.

_____/

## RECEIVER'S VERIFIED FINAL REPORT AND ACCOUNTING OF RECEIPTS AND DISBURSEMENTS OF RECEIVERSHIP FUNDS

COMES NOW Receiver, MARK V. SILVERIO, and files his Verified Final Report and Accounting of Receipts and Disbursements of Receivership Funds, and states under oath, as follows:

I.    RECEIPT OF RECEIVERSHIP FUNDS

From the commencement of the receivership on October 2, 2012, upon the appointment of the Receiver, the following funds were received by the Receiver from all sources relating to the above-referenced defendants, others and the following pools: The Matterhorn Fund, LLC, the McKinley Fund, Midas Management Partners, LLC and Binary One Strategy Fund, LLC, collectively referred to hereinafter as the "Altamont Pools":

| 11/01/2012 Regions Bank: | |
|---|---|
| Altamont Global Partners | $4,248.37 |
| Altamont Global Partners | $971.39 |
| Altamont Global Partners | $275.89 |
| Matterhorn Fund | $143,968.22 |

| | |
|---|---|
| Matterhorn Fund | $47,667.98 |
| McKinley Fund | $260,954.30 |
| McKinley Fund | $510,936.51 |
| Binary Strategy One Fund LLC | $28,297.78 |
| Midas Management Partners | $1,158,014.77 |
| Midas Management Partners | $2,995.72 |
| MREI IRB, LLC | $9.60 |
| Sphinx Consulting, Inc. | $82.78 |
| John Wilkins | $259.17 |
| John Wilkins | $1,009.37 |
| Philip Leon | $7,329.14 |
| Philip Leon | $328,707.50 |
| Paul Rangel | $234.84 |

| **11/16/2012 PFG Best:** | |
|---|---|
| McKinley Fund | $146,328.00 |
| Matterhorn Fund | $61,585.00 |

| **Go Waiter Business Holdings:** | |
|---|---|
| | $4,000.00 |

| **11/29/2012 Advanced Markets:** | |
|---|---|
| McKinley Fund | $251,508.28 |
| **Vision Financial Markets LLC:** | |
| McKinley Fund | $300,222.19 |
| Matterhorn Fund | $158,035.84 |
| **Brewer Long Law Firm:** | |
| Altamont Global Partners | $4,032.91 |

| **11/30/2012 Alpari US LLC:** | |
|---|---|
| Matterhorn Fund | $183,292.28 |
| McKinley Fund | $183,390.81 |
| **Institutional Liquidity:** | |
| Matterhorn and McKinley Fund | $136,702.51 |

| **12/12/12 London Capital Group:** | |
|---|---|
| | $85,446.31 |
| | $86,686.32 |

2

Case No. 6:12-cv-1095-31TBS

| 12/14/2012 Vandham Securities/Merrill Lynch: | |
|---|---|
| McKinley Fund | $192,718.02 |
| Matterhorn Fund | $192,708.01 |
| McKinley Fund | $148,958.31 |
| Matterhorn Fund | $227,646.13 |

| 1/1/2013 World Financial/Merrill Lynch: | |
|---|---|
| McKinley Fund | $167.50 |
| McKinley Fund | $47.88 |
| McKinley Fund | $216.00 |
| Matterhorn Fund | $216.00 |

| 4/25/13 Vandham Securities/Merrill Lynch: | |
|---|---|
| Matterhorn Fund | $65.74 |
| McKinley Fund | $76.94 |

| 12/19/13: | |
|---|---|
| Adams Galleries- Sale of Art | $1,500.00 |

| 6/19/14 Regions Bank: | |
|---|---|
| Jenny Nelson | $35,364.56 |

| 1/15/15: | |
|---|---|
| Michael Lafay (Rangel's attorney) | $12,500.00 |

| 1/23/15 PFG Best: | |
|---|---|
| Matterhorn Fund | $28,739.44 |
| McKinley Fund | $68,286.51 |

| 1/28/15: | |
|---|---|
| Carl Howard | $8,709.48 |
| Daniel Cousineau | $32,100.00 |

| 2/9/15: | |
|---|---|
| Cary Wilson | $10,000.00 |

3

| 3/18/15: | |
|---|---|
| Matthew Fox | $5,536.32 |

| 4/21/15: | |
|---|---|
| Cary Wilson | $4,000.00 |

| 8/3/15: | |
|---|---|
| Peregrine | $24,388.04 |
| Peregrine | $10,264.08 |

| 1/17/16: | |
|---|---|
| Carey | $6,000.00 |

| 1/7/16: | |
|---|---|
| Davis | $5,000.00 |

| 3/4/16: | |
|---|---|
| Peregrine McKinley Fund | $53,653.68 |
| Peregrine Matterhorn Fund | $22,580.98 |

| 4/20/17: | |
|---|---|
| PFG Peregrine Financial | $6,158.45 |
| PFG Peregrine Financial | $14,632.82 |

| 10/26/17: | |
|---|---|
| Banc De Binary | $124,961.00 |

| 6/30/20: | |
|---|---|
| Peregrine Financial | $18,803.80 |
| Peregrine Financial | $44,678.89 |

**TOTAL:**     **$5,397,872.36**

4

Case No. 6:12-cv-1095-31TBS

## II. DISBURSEMENTS OR DISTRIBUTIONS OF RECEIVERSHIP FUNDS

Pursuant to the Receiver's motion, plan of distribution and order granting and approving same, the Receiver made a distribution of $71,867.43 in November, 2020 to qualified claimants identified as "Allowed Claimants" in the amounts referenced on the attached Exhibit A.

## III. INTEREST PAID TO RECEIVERSHIP ACCOUNT

The following is a schedule of all interest paid to the receivership account from the opening of the account to May 12, 2021:

| Date | Amount |
|------|--------|
| **Huntington Bank** | |
| 11/30/12 | $129.31 |
| 11/30/12 | $402.80 |
| 12/31/12 | $891.30 |
| 12/12/12 | $217.00 |
| 1/31/13 | $1,443.01 |
| 2/28/13 | $1,303.79 |
| 3/29/13 | $1,443.86 |
| 4/30/13 | $1,397.70 |
| 5/31/13 | $1,444.74 |
| 6/28/13 | $1,398.54 |
| 7/31/13 | $1,443.15 |
| 8/30/13 | $1,443.39 |
| 9/30/13 | $1,396.63 |
| 10/31/13 | $1,442.51 |
| 11/29/13 | $1,396.33 |
| 12/12/13 | $1,443.48 |
| 1/31/14 | $1,444.26 |
| 2/28/14 | $1,304.88 |
| 3/17/14 | $745.85 |
| 3/17/14 | Switch account to non-interest-bearing account. |
| **Iberia Bank** | |

5

Case No. 6:12-cv-1095-31TBS

| 1/28/15 | New account |
|---------|-------------|
| 2/1/15 | $11.60 |
| 3/1/15 | $52.06 |
| 3/31/15 | $56.93 |
| 4/30/15 | $57.99 |
| 5/31/15 | $60.67 |
| 6/30/15 | $58.72 |
| 8/2/15 | $64.60 |
| 8/31/15 | $61.91 |
| 9/1/15 | No further interest being earned as of this date. |
| **Total:** | **$22,557.01** |

## IV. FEES AND EXPENSES PAID FROM RECEIVERSHIP ACCOUNT

The following is a schedule of all fees and expenses paid from the receivership account from the opening of the account to May 12, 2021.

| *Date* | *Amount* | *Payable To* | *Description of Expense* |
|--------|----------|--------------|--------------------------|
| 10/23/2012 | ($21.95) | | Printing check Fee |
| 10/24/2012 | $21.95 | | Refund Printing check Fee |
| 11/15/2012 | ($10.00) | | Bank Service Charge |
| 11/19/2012 | $10.00 | | Bank Service Charge Refund |
| 12/14/2012 | $34.00 | | Wire Fee Refund |
| 12/17/2012 | ($154.00) | | Wire Fee |
| 12/20/2012 | ($6,746.50) | Mark V. Silverio, as Receiver | Payment for fees and costs |
| 1/15/2013 | ($97.00) | | Bank Service Charge |
| 2/15/2013 | ($80.00) | | Bank Service Charge |
| 5/15/2013 | ($40.00) | | Bank Service Charge |
| 6/28/2013 | ($327.54) | Lit & More | Copy document disc fee |
| 7/1/2013 | ($7,942.53) | Mark V. Silverio, as Receiver | Payment for fees and costs |
| 7/9/2013 | ($327.54) | Lit & More | Copy document disc fee |
| 8/15/2013 | ($500.00) | Lyons & Lyons, P.A. | Title search of Defendant's assets |
| 9/19/2013 | ($5,033.25) | Mark V. Silverio, as Receiver | Payment for fees and costs |
| 10/9/2013 | ($640.00) | Pack & Post | Transfer Leon's Artwork to Receiver's Office |
| 10/24/2013 | ($46.00) | Old Naples Self Storage | Move Artwork to Storage |
| 11/26/2013 | ($10.00) | Orange County Clerk of Courts | Copies of documents fee |

6

Case No. 6:12-cv-1095-31TBS

| 12/12/2013 | $327.54 | | Lit & More duplicate payment refund |
|---|---|---|---|
| 3/25/2014 | ($758.72) | Silverio & Hall, P.A. | Postage Fee for Mail-Out Distribution Checks |
| 3/25/2014 | ($879.80) | Lit & More | Copy document fee for investor files and claims |
| 3/26/2014 | ($160.00) | Expert Process Service | Service Fee on Jenny Nelson |
| 3/27/2014 | ($173.60) | | Check Order |
| 3/27/2014 | $173.60 | | Refund Check Order |
| 4/22/2014 | ($4.00) | Seminole County Clerk of | Copies of documents fee |
| 5/29/2014 | ($26,050.86) | Mark V. Silverio, as Receiver | Payment for fees and costs |
| 6/25/2014 | ($54.45) | Diane Peede | Court Reporter Transcript Fee for Hearing on May 12, 2014 |
| 7/14/2014 | ($150.00) | Regions Bank | Safe Deposit Box Drill Fee to enter Wilkins' box |
| 10/29/2014 | ($127.80) | Harland Clarke | Check Order fee to Receivership Account |
| 1/13/2015 | ($150.00) | Esquire Express, Inc. | Service Fee on Cousineau |
| 1/23/2015 | ($81,331.97) | Altamont Global Partners, LLC | Closing Account |
| 1/23/2015 | $81,331.97 | | New Account Deposit |
| 2/17/2015 | ($201.38) | QuickBooks Intuit | Check Order |
| 2/17/2015 | $201.38 | | Refund Check Order |
| 2/20/2015 | ($730.00) | Esquire Express, Inc. | Service Fee on multiple investors |
| 5/14/2015 | ($85.00) | Esquire Express, Inc. | Service Fee |
| 8/4/2015 | $23.67 | Silverio & Hall, P.A. | Reimbursement of Certified Mail Fee |
| 8/31/2015 | ($60.30) | Katelyn Healy | Payment for Fees |
| 9/2/2015 | ($92.20) | Intuit | Check Order |
| 9/8/2015 | $92.20 | | Refund Check Order |
| 9/15/2015 | ($1,545.00) | | Bank Service Charge |
| 9/22/2015 | $772.00 | Silverio & Hall, P.A. | Bank Service Fee Reversal |
| 9/22/2015 | $773.00 | Silverio & Hall, P.A. | Bank Service Fee Reversal |
| 10/13/2015 | ($19,687.93) | Silverio & Hall, P.A. | Payment for Fees and Costs |
| 10/22/2015 | $7,500.00 | | Mark V. Silverio Deposit – Shortfall |
| 1/11/20106 | ($7,500.00) | Mark V. Silverio | Reimbursement for Shortfall |
| 1/24/2018 | ($211.98) | Intuit | Check Order |
| 1/31/2018 | $211.98 | | Refund Check Order |
| 2/20/2018 | ($500.00) | Kristi Glidden | Accounting Services |
| 3/2/2018 | ($7,917.72) | Mark V. Silverio | Payment for Fees and Costs |
| 6/29/2020 | $648.18 | | Unclaimed distribution – check never cashed |
| 10/14/2020 | ($291.56) | Intuit | Check Order |
| 12/11/2020 | ($35.00) | Iberia Bank | Stop Payment Fee – Check No. 1808 |
| 2/3/2021 | ($35.00) | Iberia Bank | Stop Payment Fee – Check No. 1819 |
| 3/1/2021 | ($47.33) | | Offset to balance account |
| **Total:** | **($78,636.44)** | | |

7

Case No. 6:12-cv-1095-31TBS

V.   SUMMARY

| | |
|---|---|
| A. Funds Received: | $5,397,872.36 |
| B. Interest: | $22,557.01 |
| C. Expenses: | ($78,636.44) |
| D. Distribution May 2014: | ($4,800,260.98) |
| E. Distribution September 2015: | ($254,805.72) |
| F. Distribution January 2018: | ($204,387.28) |
| G. Distribution November 2020: | ($71,867.43) |
| | |
| Amount Remaining: | $10,471.52 |

VI.   REMAINING FUNDS IN RECEIVER'S ACCOUNT

After the foregoing distributions, there remains in the receivership account funds in the

amount of $10,471.52, as of May 12, 2021.

Further affiant sayeth not.

_____
MARK V. SILVERIO

STATE OF FLORIDA
COUNTY OF COLLIER

The foregoing instrument was acknowledged before me this 20th day of May, 2021 by
MARK V. SILVERIO , who is personally known to me and who did take an oath.

_____
Signature of Notary

_____
Printed Name of Notary

My Commission Expires:

KRISTI GLIDDEN
MY COMMISSION # HH 002043
EXPIRES: June 13, 2024
Bonded Thru Notary Public Underwriters

8

Case No. 6:12-cv-1095-31TBS

DATED this ____20____ day of May, 2021.

MARK V. SILVERIO, RECEIVER
255 Eighth Street South
Naples, Florida 34102-6123
Telephone:     (239)649-1001
Facsimile:     (239)649-1972

_____
Mark V. Silverio
Florida Bar No. 150430

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that, on this _____ day of May, 2021, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CD/ECF or in some other authorized manner to those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
Mark V. Silverio

## ATTORNEY SERVICE LIST

Rachel A. Hayes, Esq.
Senior Trial Attorney
Division of Enforcement
U.S. Commodity Futures Trading Commission
2600 Grand Boulevard, Suite 210
Kansas City, MO 64108
Email: rhayes@cftc.gov

9

EXHIBIT A

CFTC, ALTAMONT ET AL.

| NO. | NAME | ADDRESS | TELEPHONE | EMAIL | NET INVESTMENT | % Rate | DISTRIBUTION AMT |
|---|---|---|---|---|---|---|---|

EXHIBIT A

CFTC v. ALTAMONT ET AL.

**EXHIBIT A**

**CFTC v. ALT.MONT ET AL.**

| # | Name | Address | Phone | Email | Amount | Fraction | Distribution |
|---|------|---------|-------|-------|--------|----------|--------------|
| 139 | Spivak, Edward & Jennifer | 308 Chestnut Road, Colleyville, TX 76034 | 817-330-8347 | torrehki@verizon.net | $50,000.00 | 0.00605 | $435.58 |
| 140 | Squire, Barbara | 15353 Pebble Ridge Street, Winter Garden, FL 34787 | 407-656-1136 | barbara_squire57@aol.com | $89,391.24 | 0.00784 | $564.52 |
| 141 | Stunner, Jean | 3071 Bear Road Extension, Syracuse, NY 13172 | 615-453-5402 | jean.stunner0492@gmail.com | $151,812.72 | 0.00174 | $125.12 |
| 142 | Swiecki, Paul A | 13 Hunt Farms Court, Sparks, MD 21152 | 410-236-7771 | pswiecki@hotmail.com | $100,000.00 | 0.00877 | $631.28 |
| 143 | Thomas, Charlene B | 92 Ridge Road, Scala, AL 36875-5900 | 334-560-6082 | charlenethomas411@yahoo.com | $72,507.56 | 0.00636 | $457.73 |
| 144 | Thomas, John | P. O. Box 70, Gaston, SC 29053 | 803-755-1842 | jthr72@hotmail.com | $100,000.00 | 0.00877 | $631.28 |
| 145 | Thomas, John | P. O. Box 70, Gaston, SC 29053 | 803-755-1842 | jthr72@hotmail.com | $100,000.00 | 0.00877 | $631.28 |
| 146 | Thomas, Kurt | 890 Harwell Road, Shreveport, LA 71107 | 318-458-1343 | kthomas05@aol.com | $100,000.00 | 0.00877 | $631.28 |
| 147 | Torrehki, Rex & Veronica | 488 Pleasant View Farms Lane, Gilmont, MT 59466 | 406-450-1252 | rktorrehki@bentlebar.net | $25,000.00 | 0.00219 | $157.82 |
| 148 | Gottshed, Carol & Carol | 488 Pleasant View Farms Lane, Gilmont, MT 59466 | 406-937-7145 | tctorrehki@torrehband.net | $25,000.00 | 0.00219 | $157.82 |
| 149 | Gottshed, Carol | 488 Pleasant View Farms Lane, Gilmont, MT 59466 | 406-937-7145 | tctorrehki@torrehband.net | $25,000.00 | 0.00219 | $157.82 |
| 150 | Van Wie, Jane | 2343 Old Farm Co., Zanesville, OH 43701 | 321-276-5070 | vanwiejane@aol.com | $26,373.05 | 0.00231 | $166.49 |
| 151 | Vos, Sondra Robber | 21204 75th Ave, Apt 40, Oakland Gardens, NY 11364-3312 | 917-599-8287 | slvrb@aol.com | $50,000.00 | 0.00438 | $315.64 |
| 152 | Wall, Grace | 1045 South Seaside Avenue, San Pedro, CA 90731 | 310-339-9595 | ssgrace@hotmail.com | $50,000.00 | 0.00438 | $315.64 |
| 153 | Watnicki, Peter | 39515 Timberbrook Lane, Bingham Farms, MI 48025 | 586-350-9100 | Ewatlock@verizon.net | $25,000.00 | 0.00219 | $157.82 |
| 154 | Wendt, James | 27595 Barron Trot Lane, Tehage, CA 92251-5159 | 951-765-0228 | | $80,000.00 | 0.00701 | $505.03 |
| 155 | Wendlina, Alexandra & James | 550 Leyendan Way, Centerville, OH 45458-6186 | 937-886-8573 | hjwendl69179@aol.com | $75,000.00 | 0.00658 | $473.46 |
| 156 | Wendlin, James | 550 Leyendan Way, Centerville, OH 45458-6186 | 937-886-8573 | hjwendl69179@aol.com | $20,000.00 | 0.00175 | $126.26 |
| 157 | Wiemann, Albert | 2227 Hammon Road, Deland, Florida 32720 | 352-643-5543 | aird91@aol.com | $91,415.68 | 0.01678 | $563.13 |
| 158 | Williams, John & Sarah | 1400 E Pusna Pereni, Tucson, AZ 85718-2815 | | swilliam@cdeft.e.org | $191,415.68 | 0.01678 | $1,208.37 |
| 159 | Williams, Kelli Shant | 1681 Le Claire Shared Drive, Tampa, FL 33624 | 813-299-1685 | kdnura@verizon.com | $100,000.00 | 0.00877 | $631.28 |
| 160 | Williams, Diane | 8423 Hs den Lane, Annandale, Virginia 22003 | 571-212-5486 | | $60,000.00 | 0.00526 | $378.77 |
| 161 | Wilcox, Franita | 1055 Founders Lane, Portland TN 37148 | 615-260-8048 | frews4pop55@gmail.com | $64,758.95 | 0.00568 | $408.81 |
| 162 | Wilcox, Sam | 1055 Founders Lane, Portland TN 37148 | 615-401-8779 | hnwilcox1111@gmail.com | $31,000.00 | 0.00272 | $155.70 |
| 163 | Willong, Brian | 8423 Hs den Lane, Annandale, Virginia 22003 | 571-212-5486 | | $31,000.00 | 0.00272 | $195.70 |
| 164 | Woods, Charles G. | 2001 Chestersville Road, Lincoln University, PA 19352 | 302-521-1721 and 610-255-4668 | csowoods@kuersotsonwoods.com, csowoods57@hotmail.com | $75,000.00 | 0.00658 | $473.46 |
| 165 | Yourkin, Harry | 3114 Moss Hill Street, Weston, Ohio, FL 33543-6010 | 813-355-4607 | ugh1@aol.com | $50,000.00 | 0.00438 | $315.64 |
| 166 | Cartos, Nadine | 201 Hamilton Station Alley, Apt 208, Lebanon, TN 37087 | 615-662-1868 | nacat.45@hotmail.com | $10,000.00 | 0.00090 | $93.73 |
| 167 | Wilson & Pauline Lynn (Pauline Lynn) | 712 Alice Brook Drive, Columbia, TN 37919 | 919-602-0488 | dr007@gmail.com | $20,000.00 | 0.00877 | $63.11 |
| 168 | Crocker, Randy | 2817 Lee Drive, Pierre Part, LA 70339 | 985-498-1154 | randycrocker02@yahoo.com | $40,000.00 | 0.00351 | $252.51 |
| | | | | | $11,384,340.43 | 1.06498 | $71,867.43 |